1
2
3
4
5
6
7
8

**UNITED STATES DISTRICT COURT**

9

**DISTRICT OF NEVADA**

10
11

KEVIN ZIMMERMAN,                                    )
                                                                          )        Case No. 2:17-cv-00403-JAD-NJK
                               Plaintiff(s),                      )
                                                                          )        **ORDER**
vs.                                                                     )
                                                                          )
EINSTEIN AND NOAH, CORP.,                     )
                                                                          )
                               Defendant(s).                   )
_____)

12
13
14
15
16

       Pending before the Court is Plaintiff's application to proceed *in forma pauperis*. Docket No. 1. The

17

Court hereby **SETS** a hearing on that application for 11:00 a.m. on February 16, 2017, in Courtroom 3A.

18

       IT IS SO ORDERED.

19

       Dated: February 10, 2017

20

       _____
       NANCY J. KOPPE
       UNITED STATES MAGISTRATE JUDGE

21
22
23
24
25
26
27
28