Kelly H. Dove
Nevada Bar No. 10569
Michael Paretti
Nevada Bar No. 13926
SNELL & WILMER L.L.P.
3883 Howard Hughes Parkway
Suite 1100
Las Vegas, Nevada 89169
Telephone: 702.784.5200
Facsimile: 702.784.5252
Email: kdove@swlaw.com
mparetti@swlaw.com

*Attorneys for Defendant Einstein and Noah Corp.*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| Kevin Zimmerman, and individual,<br><br>Plaintiff,<br><br>vs.<br><br>Einstein and Noah, Corp.,<br><br>Defendant. | **Case No. 2:17-cv-00403-GMN-GWF**<br><br>**STIPULATION AND ORDER FOR EXTENSION TO RESPOND TO COMPLAINT**<br><br>**(FIRST REQUEST)** |

Plaintiff Kevin Zimmerman ("Plaintiff") and Defendant Einstein and Noah Corp. ("Einstein") by and through their undersigned counsel (collectively the "Parties"), for good cause shown, hereby stipulate and agree to extend Einstein's deadline to respond to Plaintiff's Complaint [Doc #12] to May 18, 2017. This is the Parties' first extension request.

Pursuant to Federal Rule of Civil Procedure 6(b)(1) and Local Rule 6-1, there exists good cause to grant this extension to respond for the following reasons:

1. Plaintiff served the Complaint and Summons on Einstein on April 11, 2017.

2. Einstein's Answer is currently due May 2, 2017.

3. Counsel for Einstein was only recently retained, and requires additional time to locate, organize, and review the relevant documents and prepare the appropriate response.

4. The Parties agreed to the extension requested herein.

5. This stipulated extension request is sought in good faith and is not made for the purpose of delay.

Therefore, the Parties jointly agree to extend Einstein's deadline to respond to Plaintiff's Complaint to June 2, 2017.

DATED: MAY 1, 2017

THE WILCHER FIRM

By: */s/ Whitney C. Wilcher*
Whitney C. Wilcher
8465 West Sahara Avenue
Suite 111-236
Las Vegas, Nevada 89117

*Attorneys for Plaintiff Kevin Zimmerman*

DATED: MAY 1, 2017

SNELL & WILMER L.L.P.

By: */s/ Michael Paretti*
Kelly H. Dove
Michael Paretti
3883 Howard Hughes Parkway
Suite 1100
Las Vegas, Nevada 89169

*Attorneys for Defendant Einstein and Noah Corp.*

## **ORDER**

**IT IS ORDERED** that Einstein shall respond to Plaintiff's Complaint on or before June 2, 2017.

DATED: _____May 2_____, 2017.

_____
UNITED STATES MAGISTRATE JUDGE

Respectfully submitted,

SNELL & WILMER L.L.P.

By: */s/ Michael Paretti*
Kelly H. Dove
Michael Paretti
SNELL & WILMER L.L.P.
3883 Howard Hughes Parkway
Suite 1100
Las Vegas, Nevada 89169
*Attorneys for Defendant Einstein and Noah Corp.*
4845-2021-7671