Kelly H. Dove
Nevada Bar No. 10569
Michael Paretti
Nevada Bar No. 13926
SNELL & WILMER L.L.P.
3883 Howard Hughes Parkway
Suite 1100
Las Vegas, Nevada 89169
Telephone: 702.784.5200
Facsimile: 702.784.5252
Email: kdove@swlaw.com
mparetti@swlaw.com

*Attorneys for Defendant Einstein and Noah Corp.*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| Kevin Zimmerman, and individual,<br><br>Plaintiff,<br><br>vs.<br><br>Einstein and Noah, Corp.,<br><br>Defendant. | **Case No. 2:17-cv-00403-GMN-GWF**<br><br>**CORRECTED STIPULATION AND ORDER FOR EXTENSION TO RESPOND TO COMPLAINT**<br><br>**(SECOND REQUEST)**[1] |

Plaintiff Kevin Zimmerman ("Plaintiff") and Defendant Einstein and Noah Corp. d/b/a Einstein Bros. Bagels ("Einstein") by and through their undersigned counsel (collectively the "Parties"), for good cause shown, hereby stipulate and agree to extend Einstein's deadline to respond to Plaintiff's Complaint [Doc #12] to July 3, 2017. This is the Parties' second extension request.

Pursuant to Federal Rule of Civil Procedure 6(b)(1) and Local Rule 6-1, there exists good cause to grant this extension to respond for the following reasons:

1. Plaintiff served the Complaint and Summons on Einstein on April 11, 2017.

---

[1] The stipulation filed on May 23, 2017 erroneously requested a due date of June 19, 2017. This corrected stipulation correctly requests the Parties' intended date of July 3, 2017. The Court noted its intention to grant pending stipulations for extensions of time at the status hearing on May 25, 2017. The Parties thus request that the date to respond to Plaintiff's Complaint reflect their agreement of July 3, 2017, and treat this stipulation as the second request.

2. The Parties originally stipulated to extend Einstein's response deadline to June 2, 2017. The Parties subsequently agreed to extend the deadline to respond up to and including July 3, 2017.

3. Einstein needs the requested time to evaluate Plaintiff's allegations as well as the possibility of early resolution options. Specifically, Einstein's evaluation of Plaintiff's allegations involves site inspections of the relevant property, and Einstein needs additional time to investigate sufficiently. This would make each of this Defendant's responses in the three filed actions due on the same date.

4. The Parties agreed to the extension requested herein.

5. This stipulated extension request is sought in good faith and is not made for the purpose of delay.

Therefore, the Parties jointly agree to extend Einstein's deadline to respond to Plaintiff's Complaint to July 3, 2017.

DATED: JUNE 1, 2017

THE WILCHER FIRM

By: */s/ Whitney C. Wilcher*
Whitney C. Wilcher
8465 West Sahara Avenue
Suite 111-236
Las Vegas, Nevada 89117

*Attorneys for Plaintiff Kevin Zimmerman*

DATED: JUNE 1, 2017

SNELL & WILMER L.L.P.

By: */s/ Michael Paretti*
Kelly H. Dove
Michael Paretti
3883 Howard Hughes Parkway
Suite 1100
Las Vegas, Nevada 89169

*Attorneys for Defendant Einstein and Noah Corp.*

## ORDER

**IT IS ORDERED** that Einstein shall respond to Plaintiff's Complaint by July 3, 2017.

DATED: June 5, 2017, 2017.

_____
UNITED STATES MAGISTRATE JUDGE

Respectfully submitted,

SNELL & WILMER L.L.P.

By: */s/ Michael Paretti*

Kelly H. Dove
Michael Paretti
SNELL & WILMER L.L.P.
3883 Howard Hughes Parkway
Suite 1100
Las Vegas, Nevada 89169

*Attorneys for Defendant*